| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) WERLEIN, JR., EWING | 2. Court or Organization USDC/SO. DIST. TEXAS | 3. Date of Report 06/17/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) DISTRICT JUDGE - SENIOR STATUS | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 1/1/2015 to 12/31/2015 |

| 7. Chambers or Office Address 515 RUSK AVENUE, ROOM 11521 HOUSTON, TX 77002-2605 |
|---|

| IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director & Chairperson | The Methodist Hospital, Houston, Texas (d/b/a Houston Methodist Hospital) |
| 2. | As Chairperson of TMH Board, director ex officio w/vote of following: | Medvest Holdings, Inc.; Methodist Health Centers; Methodist International; (cont'd in Note (1) in Part VIII) |
| 3. | As Chairman of TMH Board, director ex officio w/o vote of following: | Diagnostic Center Hospital Corp. of Texas; Medvest Inc. (cont'd in Note (2) in Part VIII) |
| 4. | Trustee | Trust No. 2 |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WERLEIN, JR., EWING** | 06/17/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Halliburton com. | B | Dividend | K | T | | | | | |
| 2.  Halliburton com. | A | Dividend | K | T | | | | | |
| 3.  BP PLC, ADR | C | Dividend | K | T | | | | | |
| 4.  Exxon Mobil com. | D | Dividend | N | T | Donated (part) | | | | |
| 5. | | | | | Donated (part) | | | | |
| 6. | | | | | Buy (add'l) | 06/26/15 | L | | |
| 7.  Anadarko Petroleum Corp. com. | A | Dividend | K | T | | | | | |
| 8.  Wal-Mart Stores com. | A | Dividend | J | T | | | | | |
| 9.  Exxon-Mobil com. | B | Dividend | L | T | | | | | |
| 10.  Johnson & Johnson, com. | D | Dividend | N | T | | | | | |
| 11.  Conoco Phillips, com. | D | Dividend | L | T | | | | | |
| 12.  Texas Capital Bankshares, com. | | None | N | T | | | | | |
| 13.  HCP Inc., com. | A | Dividend | J | T | | | | | |
| 14.  CNL Lifestyle Props Inc. units | C | Distribution | J | V | | | | | See note (3) in Part VIII |
| 15.  Hines REIT, units | A | Dividend | K | V | | | | | See note (3) in Part VIII |
| 16.  AT&T, com. | C | Dividend | L | T | | | | | |
| 17.  Bristol-Myers Squibb, com. | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/17/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Berkshire Hathaway CL B com. | | None | L | T | | | | | |
| 19. Cisco Systems, com. | A | Dividend | J | T | | | | | |
| 20. Comcast Corp. Class A | A | Dividend | J | T | | | | | |
| 21. HP, Inc. com (formerly Hewlett Packard, com.) | A | Dividend | J | T | | | | | |
| 22. Hewlett Packard Enterprise Co., com. | | None | J | T | Spinoff (from line 21) | 11/05/15 | J | | |
| 23. Intel Corp., com. | B | Dividend | L | T | | | | | |
| 24. IBM, com. | A | Dividend | K | T | | | | | |
| 25. JP Morgan Chase, com. | A | Dividend | K | T | | | | | |
| 26. Pepsico, Inc., com. | B | Dividend | K | T | | | | | |
| 27. Target Corp., com. | B | Dividend | L | T | | | | | |
| 28. Kinder Morgan Inc., com. | C | Dividend | | | Sold | 12/22/15 | K | | |
| 29. Sector SPDR Financial, com. | A | Dividend | K | T | | | | | |
| 30. Phillips 66, com. | B | Dividend | L | T | | | | | |
| 31. Enterprise Prdts Prtn., com. | B | Dividend | K | T | | | | | |
| 32. MUTUAL FUNDS: | | | | | | | | | |
| 33. Fidelity MM Fund | A | Dividend | J | T | | | | | |
| 34. Fidelity Low Price Stock | F | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Contrafund | E | Dividend | O | T | | | | | |
| 36. Fidelity Mid-Cap Stock | F | Dividend | O | T | | | | | |
| 37. Loomis Sayles Bond Fund | C | Dividend | K | T | | | | | |
| 38. Oakmark Class 1 Fund | A | Dividend | L | T | | | | | |
| 39. Clipper Fund | A | Dividend | K | T | | | | | |
| 40. FMI Large Cap Fund | C | Dividend | K | T | | | | | |
| 41. Harbor Capital Appreciation Fund | C | Dividend | K | T | | | | | |
| 42. Oakmark Global Sel Cl 1 Fund | C | Dividend | K | T | | | | | |
| 43. Touchstone Sands Capital Select | D | Dividend | L | T | | | | | |
| 44. Vanguard Prime MM Fund | A | Dividend | M | T | | | | | |
| 45. Pimco Unconstrained Bond Fund Class D | A | Dividend | | | Sold | 02/11/15 | L | B | |
| 46. Invesco SMCP Value A | C | Dividend | K | T | | | | | |
| 47. Artisan Intl Val Invs | B | Dividend | K | T | | | | | |
| 48. Fed Kaufmann LGCPI | A | Dividend | K | T | | | | | |
| 49. LPL: Ins'd bank cash dep. sweep | A | Interest | K | T | | | | | |
| 50. John Hancock Global Absolute | B | Dividend | K | T | Buy | 02/11/15 | K | | |
| 51. Keely Small Cap Div. Value | A | Dividend | K | T | Buy | 02/11/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Western Asset Core Plus Bond | B | Dividend | L | T | Buy | 02/11/15 | L | | |
| 53. BONDS and U.S. TREASURY NOTES: | | | | | | | | | |
| 54. Austin ISD Tex. U/T Ref. Ser. A | A | Interest | K | T | | | | | |
| 55. Univ Tex Perm Univ FD RFDG Ser. B | B | Interest | K | T | | | | | |
| 56. Pearland TX Indpt Sch Dist Ser A U/T B/ EDD | A | Interest | | | Redeemed | 02/17/15 | J | | |
| 57. ACCOUNTS IN FINANCIAL INST: | | | | | | | | | |
| 58. Northern Trust Bank, Houston,TX (Accounts) | A | Interest | M | T | | | | | |
| 59. Bank of America, Houston, TX (Accounts) | A | Interest | N | T | | | | | |
| 60. Comerica Bank, Houston, TX (Accounts) | A | Interest | M | T | | | | | |
| 61. ML Bank Deposit Program | A | Interest | L | T | | | | | |
| 62. REAL ESTATE: | | | | | | | | | |
| 63. Condo-Larimer County, CO | E | Rent | N | W | | | | | |
| 64. Working Interest-Cabot U., Andrews County, TX | C | Royalty | J | W | | | | | |
| 65. Royalty Interest, Wheeler County, TX | A | Royalty | J | W | | | | | |
| 66. Royalty Interests, Martin and Dawson Counties, TX | E | Royalty | K | W | | | | | |
| 67. Royalty Interest, Glasscock County, TX (Laredo Pet) | D | Royalty | K | W | | | | | |
| 68. Fractional int. in real property, Kerr County, TX | A | Rent | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Royalty Interest, Howard County, TX | A | Royalty | J | W | | | | | |
| 70. Royalty Interest, Howard County, TX | C | Rent | J | W | | | | | |
| 71. RETIREMENT & IRA ACCOUNTS: | | | | | | | | | |
| 72. IRA Acct: John Hancock Ind. Ret.Annuity | | None | K | V | | | | | See Note (4) in Part VIII |
| 73. IRA ROLLOVER ACCOUNT: All entries that follow from Lines 75 | G | Int./Div. | P1 | T | | | | | |
| 74. through 88 are in a self-directed IRA: | | | | | | | | | |
| 75. --Pfizer Inc., com. | | | | | | | | | |
| 76. --Citibank FDIC Ins. Bank Deposit Sweep | | | | | | | | | |
| 77. --Comcast Corp. New Cl. A | | | | | | | | | |
| 78. --Berkshire Hathaway CL B | | | | | | | | | |
| 79. --Home Depot, com. | | | | | | | | | |
| 80. --Microsoft, com. | | | | | | | | | |
| 81. --Stryker Corp., com. | | | | | | | | | |
| 82. --Thermo Fish. Sc., com. | | | | | | | | | |
| 83. --ADT Corp., com. | | | | | | | | | |
| 84. --Fidelity Low Priced Stock | | | | | | | | | |
| 85. --Fidelity Small Cap Disc. Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | --AMG Yacktman Fund (fka Yachtman Fund) | | | | | | | | | |
| 87. | --Fidelity Focused Stock Fund | | | | | | | | | |
| 88. | --Fidelity OTC Port | | | | | | | | | |
| 89. | IRA ROLLOVER ACCT NO. 2. All entries that follow from lines | F | Int./Div. | P1 | T | | | | | |
| 90. | 93 thru 155 are under the full discretionary management of | | | | | | | | | |
| 91. | a registered investment manager. | | | | | | | | | |
| 92. | CORPORATE BONDS/NOTES IN IRA ROLLOVER ACCT #2: | | | | | | | | | |
| 93. | --Procter & Gamble Notes | | | | | Redeemed | 02/15/15 | L | | |
| 94. | --Bank of America Note due 9/1/15 | | | | | Redeemed | 09/01/15 | M | | |
| 95. | --JPMorgan Chase & Co. Notes due 01/15/16 | | | | | | | | | |
| 96. | --State Street Corp. Notes due 3/7/16 | | | | | | | | | |
| 97. | --Caterpillar Financial due 3/1/18 | | | | | | | | | |
| 98. | --Coca Cola Notes due 4/1/18 | | | | | | | | | |
| 99. | --Apple Inc. Notes due 5/3/18 | | | | | | | | | |
| 100. | --Berkshire Hathaway Notes due 5/15/18 | | | | | | | | | |
| 101. | --Amgen Notes due 5/22/17 | | | | | Buy | 01/29/15 | M | | |
| 102. | --Goldman Sachs Notes due 10/23/19 | | | | | Buy | 02/05/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/17/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  --Morgan Stanley Notes due 07/23/19 | | | | | Buy | 02/05/15 | M | | |
| 104.  --Wells Fargo Notes due 09/08/17 | | | | | Buy | 02/05/15 | M | | |
| 105.  --Fedl Home Loan Mgt Note due 09/28/17 | | | | | Buy | 09/18/15 | L | | |
| 106.  --Fedl Home Loan Bank Debenture due 11/2/16 | | | | | Buy | 11/02/15 | L | | |
| 107.  EQUITIES IN IRA ROLLOVER ACCT #2: | | | | | | | | | |
| 108.  --American Express, com. | | | | | | | | | |
| 109.  --ChevronTexaco, com. | | | | | | | | | |
| 110.  --KO, com. | | | | | | | | | |
| 111.  --Exxon Mobil, com. | | | | | | | | | |
| 112.  --GE, com. | | | | | | | | | |
| 113.  --INTC, com. | | | | | Sold (part) | 08/06/15 | K | | |
| 114.  --J.P. Morgan Chase, com. | | | | | | | | | |
| 115.  --JNJ, com. | | | | | | | | | |
| 116.  --Merck, com. | | | | | | | | | |
| 117.  --PEP, com. | | | | | | | | | |
| 118.  --WMT, com. | | | | | Sold | 08/06/15 | K | D | |
| 119.  --Walgreen, com. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --McGraw-Hill, Inc., com. | | | | | | | | | |
| 121. --Altria Group, com. | | | | | | | | | |
| 122. --Automatic Data Proc., com. | | | | | | | | | |
| 123. --Occidental Pete Corp. Cal., com. | | | | | | | | | |
| 124. --California Resources Corp., com | | | | | Sold | 08/06/15 | J | A | |
| 125. --Caterpillar, Inc., com. | | | | | | | | | |
| 126. --Praxair Inc., com. | | | | | | | | | |
| 127. --Procter & Gamble., com. | | | | | | | | | |
| 128. --Target Corp., com. | | | | | | | | | |
| 129. --United Technologies Corp., com. | | | | | | | | | |
| 130. --Texas Instruments, com. | | | | | | | | | |
| 131. --Abbott Labs, com. | | | | | | | | | |
| 132. --McDonalds, com. | | | | | | | | | |
| 133. --Philip Morris Intl, com. | | | | | | | | | |
| 134. --Total SA., com. | | | | | | | | | |
| 135. --IBM, com. | | | | | | | | | |
| 136. --Nestle Sponsored ADR, com. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/17/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Roche Holdings Ltd. Spon. ADR, com. | | | | | | | | | |
| 138. --Franklin Resources, com. | | | | | | | | | |
| 139. --Walt Disney Co., com. | | | | | | | | | |
| 140. --Air Products & Chems., com. | | | | | | | | | |
| 141. --Black Rock, com. | | | | | | | | | |
| 142. --Novo Nordisk AS ADR, com. | | | | | | | | | |
| 143. --Time Warner Cable, com. | | | | | | | | | |
| 144. --Kinder Morgan, com. | | | | | | | | | |
| 145. --Abbvie Inc., com. | | | | | | | | | |
| 146. --Canadian Pac Ry Ltd., com. | | | | | | | | | |
| 147. --State Street Corp., com. | | | | | | | | | |
| 148. --Novartis AG Spon. ADR, com. | | | | | | | | | |
| 149. --Celgene, com. | | | | | | | | | |
| 150. --Diageo PLC Spon. ADR New, com. | | | | | | | | | |
| 151. --Ace Limited, com. | | | | | | | | | |
| 152. --Intercontinental Exchange Group, com. | | | | | Buy | 08/06/15 | K | | |
| 153. --VISA, com. | | | | | Buy | 08/06/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. CASH ACCOUNTS IN IRA ROLLOVER ACCT NO. 2: | | | | | | | | | |
| 155. --Raymond James Ins'd Bank Dep Program | | | | | | | | | |
| 156. IRA ROLLOVER NO. 3: | F | Int./Div. | P1 | T | | | | | |
| 157. --Bank of America NA ins. cash account | | | | | | | | | |
| 158. --ML cash account | | | | | | | | | |
| 159. --Lord Abbett Short Fund | | | | | | | | | |
| 160. --IShares Barclays TIPS BO | | | | | | | | | |
| 161. --Oppenheimer Senior Floating Rate | | | | | | | | | |
| 162. --AT&T Inc GLB bonds due 3/11/19 | | | | | | | | | |
| 163. --Bear-Stearns GLB bonds due 2/1/18 | | | | | | | | | |
| 164. --BNP Paribas Ser. Mtn. bonds due 12/12/18 | | | | | | | | | |
| 165. --ConocoPhillips bonds due 2/1/19 | | | | | | | | | |
| 166. --Goldman Sachs Group Inc. bonds due 2/15/19 | | | | | | | | | |
| 167. --Hewlett Packard GLB bonds due 1/14/19 | | | | | | | | | |
| 168. --JPMorgan Chase & Co. bonds due 1/28/19 | | | | | | | | | |
| 169. --Travelers Cos. Sr. Notes due 5/15/18 | | | | | | | | | |
| 170. --USD Bank Nova Scotia bonds due 10/30/18 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. --Verizon Comm. bonds due 4/1/19 | | | | | | | | | |
| 172. --AT&T Inc., com. | | | | | | | | | |
| 173. TRUST NO. 2: | F | Dividend | O | T | | | | | |
| 174. --Fidelity MM | | | | | | | | | |
| 175. --Fidelity Low Price Stock | | | | | Sold (part) | 04/08/15 | J | C | |
| 176. --AMG Yacktman Fund (fka Yacktman Fund) | | | | | Sold (part) | 12/03/15 | L | E | |
| 177. --Fidelity Small Cap Discovery Fund | | | | | Sold (part) | 09/11/15 | J | B | |
| 178. --Fidelity OTC Portfolio Fund | | | | | | | | | |
| 179. --Dr. Pepper Snapple, com. | | | | | Buy | 12/22/15 | K | | |
| 180. --Kroger, com. | | | | | Buy | 12/22/15 | K | | |
| 181. --Valero Energy, com. | | | | | Buy | 12/22/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/17/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(1) Part I POSITIONS, line 2, also the following subsidiaries: The Methodist Hospital Foundation; The Methodist Hospital Research Institute, TMH Health Care Group, and TMH Medical Office Buildings Condominium Association.

(2) Part I POSITIONS, line 3, also the following subsidiaries: Methodist Willowbrook Medical Office Bldgs Condominium Association; Methodist Willowbrook Medical Office Bldgs II Condominium Association; SJMH-Alexander Condominium Association; San Jacinto Methodist Hospital; SJMH Condominium Association; The Methodist Hospital Condominium Association; TMH Medical Office Buildings; and Methodist West Houston Medical Office Building Condominium Association.

(3) Part VII, page 4, lines 14 & 15: The year-end values of CNL Lifestyle Props. Inc. units, and Hines REIT, which are real estate REITS that are not publicly traded, are derived from the portfolio manager through whom the asset was purchased.

(4) Part VII, page 8, line 72: The year-end value of IRA account in John Hancock Ind. Retirement Annuity, which is not publicly traded, was provided by John Hancock Life Ins. Co.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ EWING WERLEIN, JR.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544